**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/16

MIDTOWN TDR VENTURES LLC and
MIDTOWN GCT VENTURES LLC,

Plaintiffs,

v.

THE CITY OF NEW YORK, THE CITY
COUNCIL OF THE CITY OF NEW YORK, SL
GREEN REALTY CORPORATION, 51E42
OWNER LLC, GREEN 110 EAST 42ND LLC,
GREEN 317 MADISON LLC, SLG 331
MADISON LLC, SLG 48E43 LLC, and SL
GREEN OPERATING PARTNERSHIP, L.P.

Defendants.

**CIVIL ACTION NO. 1:15-cv-07647-PGG**

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Midtown TDR

Ventures LLC and Midtown GCT Ventures LLC hereby voluntarily dismiss the above-

captioned action as follows·

1.  Plaintiffs dismiss *with prejudice* Claims I, IV, V, VI, VII, and VIII of Plaintiffs'

    Complaint, filed on September 28, 2015 [D.E. 1];

2.  Plaintiffs dismiss *without prejudice* Claims II and III of Plaintiffs' Complaint,

    filed on September 28, 2015 [D.E. 1];

3.  The parties will bear their own fees and costs as to all Claims in the above-

    captioned action.

Dated:   August 10, 2016
         New York, New York

By: /s/ Duane L. Loft

Duane L. Loft
Philip M. Bowman
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
dloft@bsfllp.com

David Boies
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

*Attorneys for Plaintiffs*

**SO ORDERED:**

Paul A Sardel
**U.S.D.J.**
Aug. 15, 2016